IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, and UNUM GROUP,<br><br>Plaintiffs,<br><br>vs.<br><br>MARY A KOLL, and PRESIDING JUDGE, TRIBAL COURT OF THE CONFEDERATED SALISH AND KOOTENAI TRIBE, in his or her official capacity only,<br><br>Defendants. | CV 16–116–M–DWM<br><br>ORDER |

Plaintiffs having filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

IT IS ORDERED that the above-captioned cause is DISMISSED, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 8th day of November, 2016.

Donald W. Molloy, District Judge
United States District Court